Circuit Court for Caroline County
Case No. 05-K-13-009906

IN THE COURT OF APPEALS OF MARYLAND


No. 95


September Term, 2016

DEON LEROY WILLIAMS


v.


STATE OF MARYLAND


Barbera, C.J.
Greene
Adkins
McDonald
Watts
Hotten
Getty,

JJ.


PER CURIAM ORDER


Filed: March 24, 2017

DEON LEROY WILLIAMS            *      IN THE

                              *      COURT OF APPEALS

        v.                    *      OF MARYLAND

                              *      No. 95

STATE OF MARYLAND             *      September Term, 2016


**PER CURIAM ORDER**


The petition for writ of certiorari in the above-entitled case having been granted and thereafter a Motion to Reconsider and Grant Questions 3 Through 5 in the Petition for Writ of Certiorari and a Motion to Dismiss and Reply to Motion to Reconsider filed thereto, it is this 24th day of March, 2017,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.


                                    /s/ Mary Ellen Barbera
                                       Chief Judge